1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney

2  MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  JONATHAN U. LEE (CABN 148792)
   Assistant United States Attorney

5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7210
7      FAX: (415) 436-7234
       Jonathan.Lee@usdoj.gov
8
   Attorneys for United States of America

**FILED**

SEP 11 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>   Plaintiff,<br><br>v.<br><br>JAKARI JENKINS ET AL,<br><br>   Defendants. | NO.: 4:23-cr-191 AMO<br><br>[PROPOSED ORDER] GRANTING MOTION TO PARTIALLY UNSEAL SECOND SUPERSEDING INDICTMENT AS TO DEFENDANT DARRIN HUTCHINSON AND TO FILE A REDACTED SECOND SUPERSEDING INDICTMENT ON THE PUBLIC RECORD<br><br>**UNDER SEAL** |

1     Upon motion of the United States and good cause having been shown, IT IS HEREBY
2 ORDERED that the Second Superseding Indictment is partially unsealed as to Defendant Darrin
3 Hutchinson.  On August 27, 2022, the Court previously granted the government's motion to unseal the
4 Second Superseding Indictment as to Defendant Aramiya Burrell.
5     It is further ORDERED that the redacted copy of the Second Superseding Indictment reflecting
6 the partial unsealing as to Defendant Darrin Hutchinson be filed on the public record.

8 IT IS SO ORDERED.
9 DATED: __9/11/24__

10
11                           HON. DONNA M. RYU
                            Chief Magistrate Judge