| DOCUMENTS UNDER SEAL ☐ | | | TOTAL TIME (mins): 9 mins. | |
|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER  \*\*AMENDED\*\*** | DEPUTY CLERK<br>Ivy Lerma Garcia | | LIBERTY DIGITAL RECORDING<br>10:39-10:48 | |
| CHIEF MAGISTRATE JUDGE<br>DONNA M. RYU | DATE<br>9/11/24 | | NEW CASE ☐ | CASE NUMBER<br>4:23-cr-00191-AMO-8 |

## APPEARANCES

| DEFENDANT<br>DARRIN HUTCHINSON | AGE | CUST<br>YES | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Samantha Jaffe (Spec. Appear.) | PD. ☒  RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Jonathan Lee | | INTERPRETER | | FIN. AFFT ☐<br>SUBMITTED | COUNSEL APPT'D ☐ |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Carolyn Truong | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | | PARTIAL PAYMENT ☐<br>OF CJA FEES |

## PROCEEDINGS SCHEDULED TO OCCUR

| | | | | |
|---|---|---|---|---|
| ☒ INITIAL APPEAR<br>HELD 6 mins. | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS<br>TRIAL SET |
| ☒ I.D. COUNSEL<br>HELD 1 min. | ☒ ARRAIGNMENT<br>HELD 2 mins. | ☐ BOND HEARING | ☐ IA REV ON S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

## INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

## ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON CTS. 1 & 3 OF SECOND SUP. INDICTMENT WITH FORFEITURE ALLEGATION | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

## RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH  $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |

CRIM. HISTORY ONLY

| ☒ MOTION FOR DETENTION | ☒ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

| ORDER REMOVED TO THE DISTRICT OF |
|---|

## PLEA

| ☐ CONSENT ENTERED | ☒ NOT GUILTY AS TO ALL CTS. AGAINST HIM | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

## CONTINUANCE

| TO:<br>9/13/24 | ☒ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS<br>☐ TRIAL SET |
|---|---|---|---|---|
| AT:<br>10:30 a.m. | ☒ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON.<br>D. M. RYU | ☒ STATUS RE: DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ STATUS ON PENDING SUP. REL. VIOLS. |

## ADDITIONAL PROCEEDINGS

Govt's motion to partially unseal Second Sup. Indictment & file a redacted Second Sup. Indictment granted.  Court asked the Govt's Counsel to file an Amended Penalty Sheet as to Deft. Darrin Hutchinson. AUSA S. Jaffe/Fed. Public Defender's Office declared a conflict in representing the Deft. in this case.   Deft. has been referred to CJA Panel for representation.

cc:  Pret. Svcs.