| | |
|---|---|
| 1 | ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney |
| 2 | |
| 3 | MARTHA BOERSCH (CABN 126569)<br>Chief, Criminal Division |
| 4 | JONATHAN U. LEE (CABN 148792)<br>Assistant United States Attorneys |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7234
Jonathan.Lee@usdoj.gov

Attorneys for United States of America

**FILED**

Sep 12 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,

  Plaintiff,

v.

DARRIN HUTCHINSON, ET AL,

  Defendants.

NO. 4:23-CR-0191 AMO-8

STIPULATION TO CONTINUE ATTORNEY APPOINTMENT HEARING AND STATUS RE: DETENTION HEARING FROM SEPTEMBER 13, 2024 TO SEPTEMBER 16, 2024 AND ORDER (AS MODIFIED)

STIPULATION AND ORDER (AS MODIFIED)
Case No. CR 23-0191 AMO-8

v. 7/10/2018

1  On September 11, 2024, defendant Darrin Hutchinson made an initial appearance on the Second Superseding Indictment. As part of those proceedings, the Court referred the matter to the CJA Panel for representation. Defense counsel Gail Shifman is prepared to accept the appointment. Undersigned counsel have met and conferred and agreed to continue the pending identification of counsel hearing set for September 13, 2024 to Monday, September 16, 2024 at 10:30 a.m. to accommodate Ms. Shifman's availability.

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED:   9/12/2024

/s/
JONATHAN U. LEE
Assistant United States Attorney

DATED:   9/12/2024

/s/
GAIL SHIFMAN
Counsel for Defendant DARRIN HUTCHINSON
(*Pending Appointment*)

**ORDER (AS MODIFIED)**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court hereby continues the pending Attorney Appointment Hearing and Status re: Detention Hearing from September 13, 2024 to September 16, 2024 at 10:30 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED.

DATED:  September 12, 2024

*IT IS SO ORDERED AS MODIFIED*
*Judge Donna M. Ryu*

_____
HON. DONNA M. RYU
Chief Magistrate Judge