CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

JONATHAN U. LEE (CABN 148792)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7210
FAX: (415) 436-6748
Jonathan.Lee@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAKARI JENKINS, ET AL.,<br><br>Defendants. | No. 4:23-cr-00191 AMO<br><br>NOTICE OF CORRECTED CONTACT INFORMATION |

The United States Attorney's Office files this Notice of Corrected Contact Information for Assistant United States Attorney Jonathan U. Lee, in order to provide counsel and court personnel updated contact information for AUSA Lee. This notice updates the mailing address, phone number and facsimile number to current information.

The undersigned requests that the Clerk's Office revise the contact information for undersigned counsel on the docket to the following:

Jonathan U. Lee
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Jonathan.Lee@usdoj.gov
(415) 436-7210 phone
(415) 436-6748 facsimile

DATED: June 17, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/ Jonathan U. Lee
______________________________
JONATHAN U. LEE
Assistant United States Attorney