00110IL SHIFMAN (SBN 147334)
Law Office of Gail Shifman
2431 Fillmore Street
San Francisco, CA 94115
Tel:    (415) 551-1500
Email: gail@shifmangroup.com

Attorney for Defendant
DARRIN HUTCHINSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

─ooo─

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  CR 18-00110 AMO |
| Plaintiff, | Case No. CR 23-00191 AMO-8 |
| v. | **JOINT STATEMENT REGARDING SENTENCING** |
| DARRIN HUTCHINSON, | |
| Defendant. | **Date:  October 20, 2025**<br>**Time: 2:30 p.m.**<br>**Crt:   Hon. Martinez-Olguin** |

   In an effort to have the sentencing proceed as set on October 20, 2025 in this case as well

as in Case no. CR 23-00191 AMO-8, the parties submit this Joint Statement regarding

Sentencing.

   On April 23, 2025, Mr. Hutchinson pled guilty to Charges 1, 2, and 3 of the Form 12[1]

dated October 1, 2024, Dkt. 31.  See, CR 23-00191 AMO-8, Dkt. 302.  Charges 1, 2, and 3 of the

---

[1] Charges 4, 5, and 6 of the Form 12 were dismissed on that date.

1

Form 12 reflect overlapping conduct that Mr. Hutchinson pled guilty to in Case no. CR 23-0191-AMO (Counts 1 and 3) on the same date, April 23, 2025. Dkt. 302.

The plea agreement which led to the entry of these guilty pleas states that the government will recommend a sentence of 24 months concurrent with the sentence to be imposed in Case no. CR 23-00191 AMO, 301 Dkt. ¶16.  The defendant joins in the government's recommendation. The Parties agree that the PSR and the sentencing memoranda previously submitted addresses both cases.   Probation advises that supervised release need not follow imposition of this sentence in this case because supervised release will be imposed in CR 23-00191 AMO.

As Mr. Hutchinson has been brought to the Courthouse for sentencing on today's date and because he is on the transport list to be moved to Taft, the parties believe it prudent to proceed as set on October 20, 2025 and request that the sentencing proceed on this date in both Case nos. CR 23-00191 AMO and CR 18-00110 AMO.

Dated: October 20, 2025

Respectfully submitted on behalf of the Parties,

LAW OFFICES OF GAIL SHIFMAN

/s/ *Gail Shifman*

_____

GAIL SHIFMAN
Attorney for Defendant

DARRIN HUTCHINSON

/s/ *Jonathan Lee*

_____

JONATHAN LEE
Assistant U.S. Attorney

2